UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT CHANDLER,

       Plaintiff,

Case No. 1:18-cv-686

v.

Honorable Paul L. Maloney

IONIA CORRECTIONAL
FACILITY et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplementary jurisdiction over them.

Dated: July 9, 2018             /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge